UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

United States of America            )
                                    )
              Plaintiff,            )
       v.                           )   No.        4:01-CR-0069-JCH
                                    )
Anthony Tucker,                     )
                                    )
              Defendant             )

## ORDER

This matter is before the court to clarify the order of restitution previously entered as part of the Judgment

in a Criminal Case on August 17, 2001 and amended on June 5, 2002. Upon further review of the

restitution ordered in this matter, the Court has determined that defendant Anthony Tucker shall be jointly

and severally with the following defendants for restitution in the amounts indicated:

| | | |
|---|---|---|
| Cassaundra Hayes | 4:01-CR-0129-CEJ | $12,898.40 |
| Crystal Conaway | 4:01-CR-0129-CEJ | $22,352.32 |
| James Cagney Johnson | 4:01-CR-0129-CEJ | $21,353.41 |
| Robert Cole | 4:01-CR-0129-CEJ | $12,508.70 |
| Donald Harris | 4:01-CR-0253-JCH | $12,083.66 |

Defendant Anthony Tucker is also jointly and severally liable with co-defendant Sharon Tucker in the

amount of 12,481.88 and individually responsible for restitution in the amount of $16,629.64.

Dated this 23rd day of November , 2009.

**/s/ Jean C. Hamilton**
**UNITED STATES DISTRICT JUDGE**